**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-12626-amc |
| Willard B. Crawford, | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion for Waiver of Credit**
**Counseling and Financial Management Course Requirements**

**AND NOW**, upon consideration of the Debtor's Motion for Waiver of Credit Counseling and Financial Management Course Requirements, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor's obligation to complete a pre-petition credit counseling course is **WAIVED**.

3. The Debtor's obligation to complete a pre-discharge financial management course is **WAIVED**.

Date: Nov. 15, 2023

Ashely M. Chan
U.S. Bankruptcy Judge