**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-12626-amc |
| Willard B. Crawford, | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion to Approve Brandi A.
Crawford as Debtor's Next Friend**

  **AND NOW**, upon consideration of the Debtor's Motion to Approve Brandi A. Crawford as Debtor's Next Friend, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Brandi A. Crawford is **APPROVED** as next friend for the Debtor in this case.

3. Brandi A. Crawford has the authority to take all actions required by the Debtor as debtor during the pendency of the case, including filing the voluntary petition and testifying on behalf of the Debtor at the meeting of creditors.

4. This order is effective August 31, 2023.

Date: November 16, 2023

_____
Ashely M. Chan
U.S. Bankruptcy Judge