# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Willard B. Crawford, | : | Case No. 23-12626 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

## ORDER ALLOWING PROOF OF CLAIMS FILED BY POLICE AND FIRE FEDERAL CREDIT UNION

Upon consideration of the Motion to Allow Late Filed Claims of Police and Fire Federal Credit Union ("PFFCU"), and any objections and responses thereto, it is hereby ORDERED, as follows:

1. Proof of Claim 5 and Proof of Claim 6, filed by Police and Fire Federal Credit Union, are deemed timely filed.

2. The right by all parties-in-interest, including the Trustee, to object to the allowance of Proof of Claim 5 and Proof of Claim 6 on any ground, other than the timeliness of filing, and PFFCU's right to assert claims and defenses thereto, is fully preserved.

3. The Court hereby retains jurisdiction to resolve any disputes or controversies arising from or related to the aforementioned claims and/or this Order. Any motion or application brought before this Court to resolve a dispute arising from or related to the claims and/or this Order shall be brought on proper notice and in accordance with relevant Federal Rules of Bankruptcy Procedure and Local Rules of this Court.

121233305-2