THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Willard B. Crawford, | : | Case No. 23-12626 (AMC) |
| | : | |
| Debtor. | : | Hearing Date: January 10, 2024 at 11:00 am |
| | : | Objections Due: December 5, 2023 |
| | : | |

## CERTIFICATE OF SERVICE

I, Christine Tomlin, Paralegal, hereby certify that on November 21, 2023, I electronically filed the **Motion to Allow Late Filed Claims of Police and Fire Federal Credit Union** and served same as indicated below:

**Via First Class Mail, Postage Prepaid:**

| | |
|---|---|
| **Willard B. Crawford** | **Michael A. Cibik** |
| 512 Lantern Lane | Cibik Law, P.C. |
| Philadelphia, PA 19128-1052 | 1500 Walnut Street, Suite 900 |
| | Philadelphia, PA 19102 |
| | *Counsel for Debtor* |

**E-mail Service via CM/ECF:**

| | |
|---|---|
| **United States Trustee** | **Scott Waterman** |
| Office of the U.S. Trustee | Office of the Chapter 13 Standing Trustee |
| 833 Chestnut Street, Suite 500 | 2901 St. Lawrence Avenue, Suite 100 |
| Philadelphia, PA 19107 | Reading, PA 19606 |
| *U.S. Trustee* | |
| | *Chapter 13 Trustee* |

/s/ Christine Tomlin
Christine Tomlin, Paralegal

121233305-2