**THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Willard B. Crawford, | : | Case No. 23-12626 (AMC) |
| | : | |
| Debtor. | : | Hearing Date: January 10, 2024 at 11:00 am |
| | : | Objections Due: December 5, 2023 |
| | : | |

**NOTICE OF MOTION,
RESPONSE DEADLINE AND HEARING**

PLEASE TAKE NOTICE THAT Police and Fire Federal Credit Union ("PFFCU") has filed a Motion (the "Motion") to Allow Late Filed Claims.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the Court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motion, then on or before **December 5, 2023, you or your attorney must file a response to the Motion.** (See Instructions on next page).

3. A hearing on the Motion is scheduled to be held before the Honorable Judge Ashely M. Chan, on **January 10, 2024 at 11:00 a.m.** at the United States Bankruptcy Court, Courtroom #4, 900 Market Street, Philadelphia, Pennsylvania, 19107. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a Response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

121233305-2

**Filing Instructions**

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.
2. **If you are not required to file electronically,** you must file your response at
   **United States Bankruptcy Court**
   **Eastern District Of Pennsylvania**
   **Clerk's Office**
   **900 Market Street, Suite 400**
   **Philadelphia, PA 19107**

3. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.
4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

   Anne M. Aaronson, Esquire
   Yonit A. Caplow, Esquire
   Dilworth Paxson, LLP
   1500 Market Street, Suite 3500E
   Philadelphia, PA 19102
   (215) 575-7000
   (215) 757-7200 (fax)
   aaaronson@dilworthlaw.com

Dated: November 21, 2023

                            /s/  Anne M. Aaronson
                          **DILWORTH PAXSON LLP**
                          Anne M. Aaronson
                          Yonit A. Caplow
                          1500 Market St., Suite 3500E
                          Philadelphia, PA 19102
                          Telephone:  (215) 575-7000
                          Facsimile:  (215) 575-7200

                          *Attorneys for Police and Fire Federal Credit Union*

121233305-2