**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Willard B. Crawford,<br><br>　　　　　Debtor. | Case No. 23-12626-amc<br><br>Chapter 13<br><br>Related to ECF No. 33 |

**Consent Order Granting Motion to Allow Late**
**Filed Claims of Police and Fire Federal Credit Union**

**AND NOW**, upon consideration of the Motion to Allow Late Filed Claims of Police and Fire Federal Credit Union ("PFFCU"), and with the consent of the undersigned parties by and through their respective attorneys, it is hereby **ORDERED** that:

1.　The motion is **GRANTED**.

2.　Proof of Claim 5 and Proof of Claim 6, filed by Police and Fire Federal Credit Union, are deemed timely filed.

3.　The right by all parties-in-interest, including the Trustee, to object to the allowance of Proof of Claim 5 and Proof of Claim 6 on any ground, other than the timeliness of filing, and PFFCU's right to assert claims and defenses thereto, is fully preserved.

4.　The Court hereby retains jurisdiction to resolve any disputes or controversies arising from or related to the aforementioned claims and/or this Order. Any motion or application brought before this Court to resolve a dispute arising from or related to the claims and/or this Order shall be brought on proper notice and in accordance with relevant Federal Rules of Bankruptcy Procedure and Local Rules of this Court.

_____　11/28/23
Ashely M. Chan
U.S. Bankruptcy Judge

We consent to the form and entry of this order.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Debtor* | DILWORTH PAXSON LLP<br>*Counsel for PFFCU* |
| By:/s/ Michael A. Cibik<br>　　Michael A. Cibik<br>　　Attorney ID 23110<br>　　1500 Walnut Street, Suite 900<br>　　Philadelphia, PA 19102<br>　　215-735-1060<br>　　mail@cibiklaw.com | By:/s/ Anne M. Aaronson<br>　　Anne M. Aaronson<br>　　Attorney ID 82118<br>　　1500 Market St., Suite 3500E<br>　　Philadelphia, PA 19102<br>　　215-575-7000<br>　　aaaronson@dilworthlaw.com |