United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-12626-amc

Willard B. Crawford     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1

Date Rcvd: Nov 29, 2023     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Willard B. Crawford, 512 Lantern Ln, Philadelphia, PA 19128-1052 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Willard B. Crawford mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Willard B. Crawford,<br><br>　　　　Debtor. | Case No. 23-12626-amc<br><br>Chapter 13<br><br>Related to ECF No. 33 |

**Consent Order Granting Motion to Allow Late**
**Filed Claims of Police and Fire Federal Credit Union**

　　**AND NOW**, upon consideration of the Motion to Allow Late Filed Claims of Police and Fire Federal Credit Union ("PFFCU"), and with the consent of the undersigned parties by and through their respective attorneys, it is hereby **ORDERED** that:

　　1.　The motion is **GRANTED**.

　　2.　Proof of Claim 5 and Proof of Claim 6, filed by Police and Fire Federal Credit Union, are deemed timely filed.

　　3.　The right by all parties-in-interest, including the Trustee, to object to the allowance of Proof of Claim 5 and Proof of Claim 6 on any ground, other than the timeliness of filing, and PFFCU's right to assert claims and defenses thereto, is fully preserved.

　　4.　The Court hereby retains jurisdiction to resolve any disputes or controversies arising from or related to the aforementioned claims and/or this Order. Any motion or application brought before this Court to resolve a dispute arising from or related to the claims and/or this Order shall be brought on proper notice and in accordance with relevant Federal Rules of Bankruptcy Procedure and Local Rules of this Court.

_____  11/28/23
Ashely M. Chan
U.S. Bankruptcy Judge

We consent to the form and entry of this order.

| CIBIK LAW, P.C | DILWORTH PAXSON LLP |
| --- | --- |
| *Counsel for Debtor* | *Counsel for PFFCU* |
| By:/s/ Michael A. Cibik | By:/s/ Anne M. Aaronson |
|    Michael A. Cibik |    Anne M. Aaronson |
|    Attorney ID 23110 |    Attorney ID 82118 |
|    1500 Walnut Street, Suite 900 |    1500 Market St., Suite 3500E |
|    Philadelphia, PA 19102 |    Philadelphia, PA 19102 |
|    215-735-1060 |    215-575-7000 |
|    mail@cibiklaw.com |    aaaronson@dilworthlaw.com |