United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12626-amc |
| Willard B. Crawford | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Willard B. Crawford, 512 Lantern Ln, Philadelphia, PA 19128-1052 |
| 14812060 | + | Brandi A. Crawford, 928 Lomond Ln, Philadelphia, PA 19128-1223 |
| 14822094 | + | Cetronia Ambulance Corps, 4300 Broadway, Allentown, PA 18104-5296 |
| 14812063 | | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14822103 | + | Lehigh Valley Health Network, Attn: Legal, 1503 N Cedar Crest Blvd, Allentown, PA 18104-2302 |
| 14822105 | | Medical Imaging of Lehigh Valley, P.C., 1225 S Cedar Crest Blvd Ste 2500, Allentown, PA 18103 |
| 14812072 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14812073 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14822112 | | Roxborough Memorial Hospital, Attn: Legal, 5800 Ridge Ave, Philadelphia, PA 19128 |
| 14822113 | | Suburban Medical Group LLC, 2701 Dekalb Pike, Norristown, PA 19401-1820 |
| 14822115 | | Temple University Health System, Inc., 3509 N Broad St, Philadelphia, PA 19140-4105 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 17 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | May 17 2024 00:21:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14822091 | | Email/Text: g20956@att.com | May 17 2024 00:20:00 | AT&T, Attn: Bankruptcy, 208 S Akard St, Dallas, TX 75202-4206 |
| 14812058 | | Email/Text: bkfilings@zwickerpc.com | May 17 2024 00:21:00 | American Express, c/o Zwicker & Associates, P.C, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |
| 14813211 | + | Email/Text: bkfilings@zwickerpc.com | May 17 2024 00:21:00 | American Express National Bank, c/o Katie E. Hankard, Esq., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14822850 | + | Email/Text: bkfilings@zwickerpc.com | May 17 2024 00:21:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14812059 | | Email/Text: BarclaysBankDelaware@tsico.com | May 17 2024 00:12:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14821910 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 17 2024 00:11:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14854813 | | Email/Text: megan.harper@phila.gov | May 17 2024 00:20:00 | City of Philadelphia, Law Department Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor., Philadelphia, PA 10102 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14812064 | | Email/Text: megan.harper@phila.gov | May 17 2024 00:20:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14812062 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 01:40:06 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14812065 | | Email/Text: bankruptcy@philapark.org | May 17 2024 00:20:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14812066 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 17 2024 00:20:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14822100 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 17 2024 00:20:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14812069 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:58:25 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14812067 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 17 2024 00:12:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14812068 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2024 00:12:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14812061 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2024 01:19:32 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14812070 | | Email/Text: fesbank@attorneygeneral.gov | May 17 2024 00:12:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14822107 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14812071 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14812072 | ^ | MEBN | May 17 2024 00:06:14 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14812074 | + | Email/Text: bankruptcy@philapark.org | May 17 2024 00:20:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14812075 | + | Email/Text: bankruptcy1@pffcu.org | May 17 2024 00:12:00 | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14812076 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 17 2024 00:12:57 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14812077 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 17 2024 00:20:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14812078 | ^ | MEBN | May 17 2024 00:05:55 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14825714 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2024 00:12:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14822118 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 17 2024 00:11:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 39 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| nof | | Brandi A. Crawford |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14822090 | * | American Express, c/o Zwicker & Associates, P.C, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |
| 14822092 | * | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14822093 | *+ | Brandi A. Crawford, 928 Lomond Ln, Philadelphia, PA 19128-1223 |
| 14822098 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14822096 | *+ | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14822097 | * | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14822099 | * | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14822104 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14822101 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14822102 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14822095 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14822106 | *P++ | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION, STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG PA 17120-0001, address filed with court:, Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14822108 | * | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14822109 | *+ | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14822110 | *+ | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14822111 | *+ | Police and Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14822114 | * | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14822116 | * | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14822117 | * | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14812079 | *+ | Willard B. Crawford, 512 Lantern Lane, Philadelphia, PA 19128-1052 |
| 14822119 | *+ | Willard B. Crawford, 512 Lantern Lane, Philadelphia, PA 19128-1052 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Willard B. Crawford help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2          User: admin          Page 4 of 4
Date Rcvd: May 16, 2024          Form ID: pdf900          Total Noticed: 39
TOTAL: 4

# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12626-amc |
| Willard B. Crawford, | Chapter 13 |
| Debtor. | Related to ECF No. 41 |

### Order Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either:**

   a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

   b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor's Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor pursuant to 11 U.S.C. §1326(a)(2).

Date: May 16, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge