Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-12626-AMC**

Willard B. Crawford  
C/O Next Friend - Brandi A. Crawford  
512 Lantern Lane  
Philadelphia  PA    19128-1052

Petition Filed Date: 08/31/2023  
341 Hearing Date: 01/05/2024  
Confirmation Date:

Case Status: Dismissed Before Confirmation on 5/16/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/08/2023 | $2,000.00 | | 12/08/2023 | $2,000.00 | | 01/09/2024 | $2,000.00 | |
| 02/08/2024 | $2,000.00 | | 03/08/2024 | $2,000.00 | | | | |

**Total Receipts for the Period: $10,000.00    Amount Refunded to Debtor Since Filing: $4,275.00    Total Receipts Since Filing: $10,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,725.00 | $4,725.00 | $0.00 |
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $6,231.68 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Secured Creditors | $56,815.68 | $0.00 | $0.00 |
| 3 | VERIZON BY AIS AS AGENT<br>»» 003 | Unsecured Creditors | $2,834.90 | $0.00 | $0.00 |
| 4 | VERIZON BY AIS AS AGENT<br>»» 004 | Unsecured Creditors | $2,819.81 | $0.00 | $0.00 |
| 5 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $7,580.98 | $0.00 | $0.00 |
| 6 | POLICE & FIRE FCU<br>»» 006 | Unsecured Creditors | $5,532.02 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $14,006.47 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $22,913.90 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $19,564.52 | $0.00 | $0.00 |
| 0 | Willard B. Crawford | Debtor Refunds | $4,275.00 | $4,275.00 | $0.00 |

**Chapter 13 Case No. 23-12626-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,000.00 | Current Monthly Payment: | $2,000.00 |
| Paid to Claims: | $9,000.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,000.00 | Total Plan Base: | $106,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.